# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18-MJ-504 | UNITED STATES vs. VIGIL | |
| Hearing Date: | 2/21/2018 | Time In and Out: | 11:06 am – 11:19 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Kevin Vigil | Defendant's Counsel: | Devon Fooks |
| AUSA | Kyle Nayback | Pretrial/Probation: | A. Urias |
| Interpreter: | | | |

### Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain   ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary hearing
- ☒ Court finds probable cause   ☐ Court does not find probable cause

### Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Matter referred to ___ for final revocation hearing
- ☒ FPD-proffer release; USA-proffer detention; Bench Conference; Court-findings